# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00410-CR

**Daniel Veley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-08-211383, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due November 19, 2009. The brief has not been received, no extension of time has been requested, and appellant's retained attorney, John L. Fritz, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and whether retained counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than February 26, 2010. *See* Tex. R. App. P. 38.8(b)(3).

Before Justices Patterson, Puryear and Henson

Abated

Filed: January 28, 2010

Do Not Publish